1 | STAHL COWEN CROWLEY ADDIS, LLC
TRENT P. CORNELL *(Pending Pro Hac Vice)*
2 | JEREMY P. KREGER *(Pending Pro Hac Vice)*
55 West Monroe Street, Suite 1200
Chicago, IL 60603
3 | Telephone: (312) 377-7859
Facsimile: (312) 423-8173
4 | tcornell@stahlcowen.com
jkreger@stahlcowen.com

*Attorneys for Defendant Livemercial, Inc.*

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com
jgodin@fddcm.com

*Local Attorneys for Defendant Livemercial, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPONENTIAL INTERACTIVE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> LIVEMERCIAL, INC., and DOES 1 through 10, inclusive, <br><br> *Defendants.* | Case No. CV 09-002649 JCS <br><br> **STIPULATION AND** ~~PROPOSED~~ **ORDER TO SET ASIDE THE DEFAULT OF LIVEMERCIAL, INC.** <br><br> [FRCP 55(c); L.R. 77-2(b)] |

The parties, Exponential Interactive, Inc. and Livemercial, Inc., by and through their respective counsel, hereby stipulate as follows, subject to the Court's approval:

1. On August 18, 2009, the Clerk of the Court entered a default against Livemercial, Inc. upon the motion of the plaintiff.

2. The default entered against Livemercial, Inc. shall be set aside and vacated.

1

3. Livemercial, Inc. shall be granted an extension of time to appear and respond to the Complaint filed by Exponential Interactive, Inc., up to and including August 19, 2009.

**IT IS SO STIPULATED.**

Dated: August 19, 2009                     STAHL COWEN CROWLEY ADDIS, LLC

By:_____/s/ Jereby P. Kreger_____
Jeremy P. Kreger
Attorneys for Livemercial, Inc.

Dated: August 19, 2009                     By:_____/s/ Lee Hagelshaw_____
Lee Hagelshaw
Attorney for Exponential Interactive, Inc.

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation and Proposed Order to Set Aside the Default of Livemercial, Inc., and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The default entered against Livemercial, Inc. is set aside.

2. Livemercial, Inc. is granted an extension of time to appear and respond to the Complaint filed by Exponential Interactive, Inc., up to and including August 19, 2009.

**IT IS SO ORDERED.**

Dated: August 20, 2009                    RICHARD W. WIEKING, Clerk

By:_____
Judge Joseph C. Spero
Administrator