STAHL COWEN CROWLEY ADDIS, LLC
TRENT P. CORNELL *(Pending Pro Hac Vice)*
JEREMY P. KREGER *(Admitted Pro Hac Vice)*
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 377-7859
Facsimile: (312) 423-8173
tcornell@stahlcowen.com
jkreger@stahlcowen.com

*Attorneys for Defendant Livemercial, Inc.*

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com
jgodin@fddcm.com

*Local Attorneys for Defendant Livemercial, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPONENTIAL INTERACTIVE, INC., | Case No. CV 09-002649 JCS |
| Plaintiff, | **REQUEST FOR LEAVE OF COURT TO PERMIT LOCAL COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE, OR, IN THE ALTERNATIVE, TO PERMIT TELEPHONE APPEARANCE AND [~~PROPOSED~~] ORDER RE SAME** |
| v. | |
| LIVEMERCIAL, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | **LOCAL RULE 16-10; JUDGE SPERO GENERAL ORDER ¶ A(3)** |
| | Dated: December 4, 2009<br>Time: 1:30 p.m.<br>Courtroom: A, 15th Floor |
| | Hon. Joseph C. Spero |

1

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

REQUEST FOR LOCAL COUNSEL TO APPEAR AT CMC, OR TO PERMIT
TELEPHONE APPEARANCE AND [PROPOSED] ORDER
CASE NO. CV 09-002649 JCS

1  As set forth in the Updated Joint Case Management Conference Statement to be filed as of today's date, this is a breach of contract action in which the amount in dispute is $78,534.96 plus interest. Lead counsel for Defendant Livemercial, Inc. ("Livemercial") is located in Chicago, Illinois. Local counsel, the firm of Futterman Dupree Dodd Croley Maier LLP, is located in San Francisco and will be prepared to discuss all relevant case management issues at the case management conference to be held on December 4, 2009. Pursuant to Local Rule 16-10(a), Livemercial hereby requests that local counsel be permitted to attend the case management conference rather than lead counsel who is located in Chicago. Given the amount in dispute, Livermercial believes that having local counsel attend the case management conference will be the most efficient use of resources. It also prefers counsel to be present in the courtroom for the case management conference if at all possible so as to most effectively communicate with the Court. In the alternative, if the Court is not inclined to waive the attendance of lead counsel, Livermercial requests that lead counsel be permitted to attend the case management conference by telephone.

Dated: November 25, 2009

FUTTERMAN DUPREE DODD
CROLEY MAIER LLP

By: _____/s/_____
Jaime E. Godin
Attorneys for Livemercial, Inc.

**[PROPOSED] ORDER**

Good cause shown,

~~Pursuant to Local Rule 16-10(a), the Court excuses lead counsel for Defendant Livemercial, Inc. from attending the Case Management Conference in this matter scheduled for Friday, December 4, 2009, at 1:30 p.m. and Defendant Livemercial, Inc. may instead be represented by local counsel at the Case Management Conference.~~

**[OR]**

2

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

REQUEST FOR LOCAL COUNSEL TO APPEAR AT CMC, OR TO PERMIT TELEPHONE APPEARANCE AND [PROPOSED] ORDER
CASE NO. CV 09-002649 JCS

1 | Pursuant to the Court's General Order, counsel for Defendant Livemercial, Inc. may
2 | attend the Case Management Conference in this matter scheduled for Friday, December 4, 2009,
3 | at 1:30 p.m. by telephone.

4 | **IT IS SO ORDERED.**

5 | Dated: __11/30__, 2009

6 | 
7 | Joseph C. Spero
   | Magistrate Judge for the United States
   | District Court for the Northern District of
   | California

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

3

REQUEST FOR LOCAL COUNSEL TO APPEAR AT CMC, OR TO PERMIT
TELEPHONE APPEARANCE AND [PROPOSED] ORDER
CASE NO. CV 09-002649 JCS