UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| EXPONENTIAL INTERACTIVE, INC.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>LIVEMERCIAL, INC.,<br>　　　　Defendant.<br>_____/ | No. C09-2649 JCS MED<br><br>**ORDER APPROVING REQUEST FOR DEFENDANT LIVEMERCIAL AND ITS COUNSEL TO PARTICIPATE IN MEDIATION BY TELEPHONE**<br><br>Date:　　January 6, 2010<br>Mediator:　Reginald D. Steer |

IT IS HEREBY ORDERED that defendant Livemercial, Inc. and its counsel are excused from personally appearing at the mediation scheduled in this matter. Lead counsel for defendant and a client representative with full authority to resolve this dispute shall participate in the mediation by telephone.

IT IS SO ORDERED.

Dec. 23, 2009　　　　　　　　　　By: _____
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge